UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24334-CIV-O'SULLIVAN

[CONSENT]

SHANRIKA DUHART,

    Plaintiff,

v.

PUPPY MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (DE# 62, 9/20/18) filed by the parties.

This case involve claims for unpaid wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide factual dispute over the number of hours worked by the plaintiff, if any, for which she was not properly paid and a factual and legal

dispute over whether the plaintiff was an independent contractor. The Settlement Agreement (DE# 62-2, 9/20/18) was filed with the Court. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the case. Accordingly, it is

**ORDERED AND ADJUDGED** that Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (DE# 62, 9/20/18) is **GRANTED**. The parties' Settlement Agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that the fairness hearing previously set for October 1, 2018 is **CANCELLED**. It is further

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Court **retains jurisdiction until Monday, July 1, 2019** to enforce the terms of the settlement.

The Clerk of Court is directed to mark this case as **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida this **21st** day of September, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record

2