UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-24334-CIV-O'SULLIVAN
[CONSENT]

SHANRIKA DUHART,

    Plaintiff,

v.

PUPPY MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19) on or before August 13, 2019. The failure to file a response may result in an Order granting the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19) in its entirety. It is further

ORDERED AND ADJUDGED that the plaintiff shall serve the defendant with a copy of the Order as soon as possible after receipt of this Order. It is further

ORDERED AND ADJUDGED that the plaintiff shall file a notice of compliance

with the Court once this Order has been served on the defendant.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of July, 2019.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE