UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-24334-CIV-O'SULLIVAN
[CONSENT]

SHANRIKA DUHART,

    Plaintiff,

v.

GFIVE, LLC, a Florida limited liability company,
PUPPY MANAGEMENT, INC., a Florida corporation,

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court on the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response, and a response having been due, the undersigned issued an Order on July 23, 2019, requiring the defendant to file a response to the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19) on or before August 13, 2019. The defendant was warned that the failure to file a response may result in an Order granting the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19) in its entirety. The July 23, 2019, Order further Ordered the plaintiff to serve the defendant with a copy of the Order as soon as possible after receipt of the Order and to file a notice of compliance with the Court once the Order had been served on the defendant.

On July 25, 2019, the plaintiff filed a Notice of Compliance with the July 23, 2019, Order. Accordingly, having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Motion to Compel Post-Judgment Discovery (DE # 72, 7/2/19) is GRANTED. The defendant, Puppy Management, Inc., shall respond, in full, and without objection, to the plaintiff's post-judgment discovery requests within 21 days fo the date of this Order. It is further

ORDERED AND ADJUDGED that the plaintiff shall serve the defendant with a copy of this Order as soon as possible after receipt of this Order. It is further

ORDERED AND ADJUDGED that the plaintiff shall file a notice of compliance with the Court once this Order has been served on the defendant.

DONE and ORDERED, in chambers, in Miami, Florida, this 16th day of August, 2019.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE